UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RONALD RIBEIRO<br><br>Defendant. | No. 1:25-cr-82-SE-AJ-01<br><br>Count 1: Bank Robbery |

INDICTMENT

THE GRAND JURY CHARGES:

COUNT ONE
[18 U.S.C. § 2113(a) – Bank Robbery]

On or about May 28, 2025, in the District of New Hampshire, the defendant,

RONALD RIBEIRO,

did, by force and violence, and by intimidation, intentionally take from the person and presence of another, money, in the amount of $5,046, more or less, belonging to, and in the care, custody, control, management, and possession of a branch of the TD Bank located at 225 Daniel Webster Highway, Nashua, New Hampshire, a bank the deposits of which were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

NOTICE OF FORFEITURE

Upon conviction of the offense set forth in Count One of this Indictment, the defendant shall forfeit to the United States, pursuant to U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the commission of the offense.

If any of the property described in Paragraph 1, above, as being forfeitable pursuant to 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c), as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of this Court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty, it is the intention of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

A TRUE BILL

Dated: October 8, 2025

/s/ Foreperson
FOREPERSON

ERIN CREEGAN
UNITED STATES ATTORNEY

By:   /s/ Matthew T. Hunter
      Matthew T. Hunter
      Assistant U.S. Attorney